# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUN 15 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>**JAMES M. LYNCH,** )<br>)<br>Defendant. ) | Case No. **CR 21-151 D**<br><br>Violations: 18 U.S.C. § 13(a),<br>21 O.S. § 1021(A)(1) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Indecent Exposure)

On or about December 16, 2020, within the Western District of Oklahoma, ---------------------------------------- **JAMES M. LYNCH,** ---------------------------------------- an inmate at the Federal Transfer Center, Oklahoma City, Oklahoma, which is located on land acquired for the use of the United States under the concurrent jurisdiction thereof, performed an act of indecent exposure when he knowingly and willfully, and in a lewd manner, exposed his person or genitals in a place where there were other persons to be offended or annoyed thereby, in that the defendant exposed his person or genitals in the presence of M.P., who was offended or annoyed thereby.

All in violation of Title 18, United States Code, Section 13(a), and Title 21, Oklahoma Statutes, Section 1021(A)(1).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

ASHLEY L. ALTSHULER
Assistant United States Attorney