IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>               )<br>        Plaintiff,    )<br>               )<br>v.             )<br>               )<br>JAMES M. LYNCH,    )<br>               )<br>        Defendant.    ) | Case No. CR-21-151-D |

**PRETRIAL CONFERENCE MEMORANDUM**

On December 2, 2022, the Court held a pretrial conference pursuant to Fed. R. Crim. P. 17.1. The following matters were addressed during the conference:

1. The government anticipates that its case-in-chief will take two hours. Counsel for Defendant indicated that, if Defendant elects to present evidence, it would take two hours.

2. The government anticipates calling between three and four witnesses. Counsel for Defendant indicated that one witnesses might be called.

3. There are no outstanding discovery issues. The parties anticipate stipulations as to the admissibility of certain evidence.

4. The trial will commence at 9:30 a.m. on Tuesday, December 13, 2022.

DATED this 2nd day of December, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge